NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
MONICA L. MILLER (Cal. Bar No. 157695)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    E-mail: monica.miller@usdoj.gov

Attorneys for Real Party-Defendant in Interest
Benjamin S. Carson Sr., Secretary of Housing and Urban Development

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| | |
|---|---|
| Estate of CLARISSA RUNNELS HAMILTON,<br><br><br>       Decedent. | Case No. 2:18-cv-06279 R (PJWx)<br><br>**ORDER OF REMAND** |

    Pursuant to the parties' Stipulation to Remand, and for good cause shown, IT IS ORDERED that:

    This action is REMANDED to the Superior Court County of Los Angeles, Case No. 17 STPB 02676, for the purpose of vesting title in the subject property in Petitioner Jovan L. Harmon's name.

    DATED: September 12, 2018.

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1